appellants. Case below, Court of Appeals No. 16,425, per curiam opinion of July 29, 1974.

STATE BAR GRIEVANCE ADMINISTRATOR v RYMAN. (Docket No. 56,-296.) On order of the Court, the petition by appellant for a stay of proceedings is considered, and the same hereby is granted until further order of the Court. *Greer & Fleming, P. C.,* and *Cholette, Perkins & Buchanan,* for respondent.

WISHKOVICH v AVON TOWNSHIP. (Docket No. 56,083.) On order of the Court, the application for leave to appeal by defendant-appellant is considered and, it appearing to this Court that the case of *Nickola v Grand Blanc Township* (Docket No. 55,088) is presently pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, it is ordered that the present application be held in abeyance pending decision in *Nickola v Grand Blanc Township. Robert E. Childs,* for plaintiffs-appellees. *Patterson & Patterson, Whitfield, Manikoff and White,* for defendant-appellant. Case below, Court of Appeals No. 17,357, per curiam opinion of June 21, 1974.

PEOPLE v RUEGER. (Docket No. 56159.) The request by defendant-appellant for counsel is considered and, it appearing to this Court that the case of *People v Lucas* (Docket No. 55488) is presently pending on appeal before this Court and that the decision in that case may be decisive of the issue raised in the present request for counsel, it is ordered that the present request for counsel be held in abeyance pending decision in *People v Lucas.* John Walter Rueger, *in propria persona,* appellant. Case below, Court of Appeals No. 19442, order of May 31, 1974.